# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2024

### NO. 03-23-00037-CV

**River Creek Development Corporation and City of Hutto, Texas, Appellants**

**v.**

**Preston Hollow Capital, LLC; 79 HCD Development, LLC;
Public Finance Authority; and U.S. Bank National Association, Appellees**

**APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND SMITH
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the final judgment signed by the trial court on December 6, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.